PETER D. PLATZ, Respondent, *v.* THE CITY OF COHOES, Appellant.

(Argued October 13, 1884 ; decided October 28, 1884.)

*George L. Stedman* for appellant.

*J. F. Crawford* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

HUGH DILLON Appellant, *v.* THE SIXTH AVENUE RAILROAD COMPANY, Respondent.

(Argued October 13, 1884; decided October 28, 1884.)

*Nelson Smith* for appellant.

*D. M. Porter* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

WILLIAM GREEN, Respondent, *v.* JOHN BANTA, Impleaded, etc., Appellant.

(Argued October 13, 1884 ; decided October 28, 1884.)

*Thomas H. Hubbard* for appellant.

*William Allan* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.